# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| **FOLUSO FAKOREDE,** )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>**MID-SOUTH HEART CENTER, P.C.,** )<br>)<br>Defendant. ) | Case 1:15-cv-01285-JDB-egb |

## NOTICE OF APPEAL

Pursuant to Rules 3 and 4 of the Federal Rules of Appellate Procedure, notice is hereby given that Plaintiff in the above-named case, Foluso Fakorede ("Plaintiff"), hereby appeals to the United States Court of Appeals for the Sixth Circuit the District Court's April 26, 2016 Order Granting Defendant's Motion to Dismiss (Doc. No. 34) and the May 4, 2016 entry of final Judgment (Doc. No. 35).

Dated: May 24, 2016    Respectfully Submitted

/s/ Seth M. Hyatt
**JERRY E. MARTIN (#20193)**
**SCOTT P. TIFT (#27592)**
**SETH M. HYATT (#31171)**
BARRETT JOHNSTON MARTIN &
GARRISON, LLC
414 Union Street, Suite 900
Nashville, TN 37219
Telephone: 615-244-2202
Facsimile: 615-252-3798
jmartin@barrettjohnston.com
stift@barrettjohnston.com
shyatt@barrettjohnston.com

*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

  I hereby certify that a true and exact copy of the foregoing *Notice of Appeal* has been served on the following via the Court's ECF filing system on May 24, 2016:

| | |
|---|---|
| Brian D. Roark | Todd D. Siroky |
| Brittain W. Sexton | SIROKY LAW, PLC |
| BASS BERRY & SIMS PLC | 316 South Shannon Street |
| 150 Third Avenue South, Suite 2800 | Jackson, TN 38302 |
| Nashville, TN 37201 | Phone: 731-300-3636 |
| Phone: 615-742-7553 | Fax: 731-300-3638 |
| Fax: 615-742-0442 | todd@sirokylaw.com |
| broark@bassberry.com | |
| bsexton@bassberry.com | |

        /s/ Seth M. Hyatt
        SETH M. HYATT
        **BARRETT JOHNSTON**
          **MARTIN & GARRISON, LLC**